**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>415.522.2000 |

**January 17, 2008**

CASE NUMBER:  CV 07-05494 EDL
CASE TITLE:  OSAMAA SHAHAT-v-SUSANVILLE POLICE DEPARTMENT

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable MARTIN J. JENKINS**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MJJ**  immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 1/17/08

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking, Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                         Entered in Computer 1/17/08AS

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                Transferor CSA