IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OSAMA A. SHALAT,

        Plaintiff,

v.

SUSANVILLE POLICE DEPARMENT,
SUSANVILLE'S COURT,

        Defendants.
_____/

No. CV-07-5494 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** plaintiff's complaint is hereby DISMISSED, without leave to amend.

Dated: April 10, 2008                                  Richard W. Wieking, Clerk

                                                             *Tracy Lucero*

                                                             By: Tracy Lucero
                                                             Deputy Clerk