

United States District Court
Northern District of California

**Magistrate Judge Elizabeth D. Laporte**

Osama A. Shahat
    Plantiff

No. C07-05494 EDL

v

**Susanville Police Department**
    Defendant

Your Honor;
It is the law of our land, which applies to all of us to be judged equally.

It is a fact that I have not had any traffic tickets for many years until I moved to Susanville. It is now a year after I left Susanville and have not received any traffic tickets. I have a clean record before and after moving to Susanville.

It is a fact that I didn't violate any traffic rules while I lived in Susanville.

A Susanville Police Officer stopped me after I left my place of work, Manager of Kentucky Fried Chicken Restaurant. He was not even in a close car or near distance.

I noticed a car driving very fast, racing after another car, I pointed it out to my employee who was in my car. I noticed it was a Police Car.

It is a fact that I did not break the law, he took me for a Mexican Citizen, I happen to have a dark hair color; and the Police Officer was very young with blond hair. He pulled his gun, he refused to give me his name when I asked him. He screamed in a loud voice, giving me 10 seconds to sign my ticket. I could not show him any of my documents, which the court has copies of; registration, insurance, etc.

My employees in the front and back seats were very afraid, saying " He is going to shoot us".

I notified the Susanville Police Department about the incident, as well as the

Susanville Supreme Court.

Susanville was not a safe place for me to live. I changed my job to Ashland. I sent many Return Receipt letters to the Courthouse. I called the Courthouse and the District Attorneys office.

They were all ignored; and I was even convicted guilty with a false traffic ticket.

It was a misuse of power from the Police Department and the Court.

### THIS IS NOT AMERICA !!

I come from a family of law and order. My father was in Egypt's Highest Court. Both of my brothers-in-law are now in the Supreme Court in Egypt.

My Civil Rights have been violated; by people who are supposed to uphold the law.

I will continue fighting for justice. It discourages me that I am not receiving justice.

I am asking your court to overturn any conviction that I received from Susanville Court for my traffic tickets. I am also asking that Susanville pay half of my expenses that occurred from this incident.

Dated: 2/14/08

Signature: Samoa A. Shahat

