UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

June 18, 2008

**CASE INFORMATION:**
Short Case Title:  <u>OSAMAA SHAHAT</u>-v- <u>SUSANVILLE POLICE DEPARTMENT</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>Northern District: Judge Maxine M. Chesney</u>
Criminal and/or Civil Case No.: <u>CV 07-05494 MMC</u>
Date Complaint/Indictment/Petition Filed: <u>10/29/07</u>
Date Appealed order/judgment *entered* <u>4/10/08</u>
Date NOA *filed* <u>6/16/08</u>
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):    ☐ granted in full (attach order)     ☐ denied in full (send record)
                           ☐ granted in part (attach order)     ☐ pending

Court Reporter(s) Name & Phone Number: <u>None</u>

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                        Date Docket Fee Billed:
Date FP granted: <u>4/3/08</u>                      Date FP denied:
Is FP pending? ☐ yes  ☐ no                                     Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                           Appellee Counsel:
Osamaa Shahat [Pro Se]
2799 Siskiyou Boulevard, #15
Ashland, OR 97520
☐ retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                 Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                              9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Alfred Amistoso</u> 415 522-2006