

**FILED**

JUN 16 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

**RECEIVED**

JUN 16 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No
C07-05494 MJJ MMC

Osama A. Shahat
704 S. Old Stage rt #49
Mt. Shasta, CA
96067

TO:
Honorable Judge MJJ

I am Requesting to move my case to a Hire Court. I am in the process to file my papper.

I asked my wittness who were with me in the care to submitte their tests money.

It took the court a long time to process my papper



as well as changing judges in my case.
 The Defendant name, as will changed between judges.

I am Requesting there Time to Process my Papper.

Thank you.
Sincerlley
Osama A. Shahat
6-11-08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OSAMAA SHAHAT,

    Plaintiff(s),

v.

SUSANVILLE POLICE DEPT1.,

    Defendant(s),

No. C07-05494 MJJ

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the **Case Management Conference** scheduled for **Tuesday, March 25, 2008,** before the Honorable Martin J. Jenkins is hereby **vacated.**

Dated: February 21, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _MNarcisse_
Monica Narcisse
Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information. Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OSAMAA SHAHAT,

        Plaintiff,

v.

SUSANVILLE POLICE DEPARTMENT et al,

        Defendant.

Case Number: CV07-05494 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 21, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Osamaa Shahat
2799 Siskiyou Blvd., #15
Ashland, OR 97520

Dated: February 21, 2008

*M Narcisse*

Richard W. Wicking, Clerk
By: Monica Narcisse, Deputy Clerk

From
O. A. Shahat
704. S. Old Stage Rd. # 49
Mt. Shasta, CA., 96067

RETURN RECEIPT REQUESTED

7007 2680 0002 0623 2546

TO: Honorable Judgement "H2 Monica Narcese
Northern District Of California
450 Golden Gate Av.
San Francisco, CA 94102

CERTIFIED MAIL

U.S. POSTAGE PAID
MOUNT SHASTA, CA
JUN 96067
AMOUNT 08
$5.32
0004761402

94102