ADRMOP, APPEAL, E-Filing, ProSe

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:07-cv-05494-MMC
## Internal Use Only

Shahat v. Susanville Police Department et al  
Assigned to: Hon. Maxine M. Chesney  
Cause: 42:1981 Civil Rights

Date Filed: 10/29/2007  
Date Terminated: 04/10/2008  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

**Plaintiff**

**Osamaa Shahat**    represented by    **Osamaa Shahat**  
2799 Siskiyou Blvd., #15  
Ashland, OR 97520  
PRO SE

V.

**Defendant**

**Susanville Police Department**

**Defendant**

**Lassen Superior Court**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/29/2007 | 1 | COMPLAINT against Susanville Police Department, Lassen Superior Court (Filing fee $ 350; ifpp; no summons issued). Filed by Osama A. Shahat. (sv, COURT STAFF) (Filed on 10/29/2007) (Entered: 10/30/2007) |
| 10/29/2007 | 2 | MOTION/Application for Leave to Proceed in forma pauperis filed by Osama A. Shahat. (sv, COURT STAFF) (Filed on 10/29/2007) (Entered: 10/30/2007) |
| 10/29/2007 | 3 | ADR SCHEDULING ORDER: Case Management Statement due by 1/29/2008. Case Management Conference set for 2/5/2008 03:00 PM. (Attachments: # 1 Standing Order for Judge Laporte# 2 Standing Order re CMC# 3 Standing Order for all Judges)(sv, COURT STAFF) (Filed on 10/29/2007) (Entered: 10/30/2007) |
| 10/29/2007 |  | CASE DESIGNATED for Electronic Filing. (sv, COURT STAFF) (Filed on 10/29/2007) (Entered: 10/30/2007) |

| | | |
|---|---|---|
| 11/19/2007 | 4 | CLERK'S NOTICE Regarding Consent to Jurisdiction of United States Magistrate Judge. (tn, COURT STAFF) (Filed on 11/19/2007) (Entered: 11/20/2007) |
| 11/26/2007 | 5 | DECLINATION to Proceed Before a United States Magistrate Judge & REQUEST for Reassignment to a United States District Court Filed by Pro se PlaintiffOsamaa Shahat. (tn, COURT STAFF) (Filed on 11/26/2007) (Entered: 11/27/2007) |
| 11/26/2007 | 6 | CONSENT to Proceed Before a United States Magistrate Judge Filed by Pro se Plaintiff Osamaa Shahat. (tn, COURT STAFF) (Filed on 11/26/2007) (Entered: 11/27/2007) |
| 11/30/2007 | 7 | CLERK'S NOTICE Regarding Consent to Jurisdiction of United States Magistrate Judge. (tn, COURT STAFF) (Filed on 11/30/2007) (Entered: 12/07/2007) |
| 01/08/2008 | 8 | DECLINATION to Proceed Before a United States Magistrate Judge & REQUEST for Reassignment to a District Court Judge Filed by Pro se Plaintiff Osama Shahat.(tn, COURT STAFF) (Filed on 1/8/2008) (Entered: 01/17/2008) |
| 01/15/2008 | 9 | CLERK'S NOTICE of Impending Reassignment to a United States District Court Judge. (tn, COURT STAFF) (Filed on 1/15/2008) (Entered: 01/17/2008) |
| 01/17/2008 | 10 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Martin J. Jenkins for All Further Proceedings. Magistrate Judge Elizabeth D. Laporte no Longer Assigned to the Case. Signed by Executive Committee on 1/17/08. (as, COURT STAFF) (Filed on 1/17/2008) (Entered: 01/17/2008) |
| 01/23/2008 | 11 | CLERK'S NOTICE [Reassigned Case]. Joint Case Management Statement due by 3/17/2008. Case Management Conference set for 3/25/2008 02:00 PM. (Attachments: # 1 Standing Order) (mat, COURT STAFF) (Filed on 1/23/2008) (Entered: 01/23/2008) |
| 02/19/2008 | 19 | SUPPLEMENT by Osamaa Shahat re 1 Complaint (aaa, Court Staff) (Filed on 2/19/2008) (Entered: 04/14/2008) |
| 02/21/2008 | 12 | CLERK'S NOTICE Vacating Case Management Conference. (Attachments: # 1 Certificate of Service) (mat, COURT STAFF) (Filed on 2/21/2008) (Entered: 02/21/2008) |
| 04/03/2008 | 13 | ORDER by Judge Martin J. Jenkins granting 2 Motion for Leave to Proceed in forma pauperis. (mat, COURT STAFF) (Filed on 4/3/2008) (Entered: 04/04/2008) |
| 04/07/2008 | 14 | Summons Issued as to Susanville Police Department, Lassen Superior Court. (slh, COURT STAFF) (Filed on 4/7/2008) (Entered: 04/07/2008) |
| 04/07/2008 | 15 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Maxine M. Chesney for all further proceedings. Judge Hon. Martin J. Jenkins no longer assigned to case. (sv, COURT STAFF) (Filed on 4/7/2008) (Entered: 04/08/2008) |

| | | |
|---|---|---|
| 04/10/2008 | 16 | ORDER OF DISMISSAL. Plaintiff's complaint is dismissed without leave to amend. The U.S. Marshal need not serve the summons issued by the Clerk on April 7, 2008. Signed by Judge Maxine M. Chesney on April 10, 2008. (mmclc1, COURT STAFF) (Filed on 4/10/2008) (Entered: 04/10/2008) |
| 04/10/2008 | 17 | CASE MANAGEMENT SCHEDULING ORDER: Case Management Statement due by 5/9/2008. Case Management Conference set for 5/16/2008 10:30 AM.. Signed by Judge Maxine M. Chesney on 4/10/2008. (Attachments: # 1 Judge Chesney's Standing Orders)(tl, COURT STAFF) (Filed on 4/10/2008) (Entered: 04/10/2008) |
| 04/10/2008 | 18 | JUDGMENT: Plaintiff's complaint is hereby DISMISSED, without leave to amend. (tl, COURT STAFF) (Filed on 4/10/2008) (Entered: 04/10/2008) |
| 04/25/2008 | 20 | Summons Returned Unexecuted by Osamaa Shahat as to Lassen Superior Court. (slh, COURT STAFF) (Filed on 4/25/2008) (Entered: 04/29/2008) |
| 04/25/2008 | 21 | Summons Returned Unexecuted by Osamaa Shahat as to Susanville Police Department. (slh, COURT STAFF) (Filed on 4/25/2008) (Entered: 04/29/2008) |
| 06/16/2008 | 22 | NOTICE OF APPEAL as to 18 Judgment by Osamaa Shahat. (aaa, Court Staff) (Filed on 6/16/2008) (Entered: 06/18/2008) |
| 06/18/2008 | 23 | Transmission of Notice of Appeal, Cover Letter and Docket Sheet to US Court of Appeals re 22 Notice of Appeal (aaa, Court Staff) (Filed on 6/18/2008) (Additional attachment(s) added on 6/18/2008: # 1 Transmittal Form) (aaa, Court Staff). (Entered: 06/18/2008) |
| 06/18/2008 | 24 | Certificate of Record Mailed to USCA re appeal 22 Notice of Appeal : (aaa, Court Staff) (Filed on 6/18/2008) (Entered: 06/18/2008) |
| 06/18/2008 | 25 | Copy of 22 Notice of Appeal and Docket sheet mailed to all counsel without an e-mailing address. (aaa, Court Staff) (Filed on 6/18/2008) (Entered: 06/18/2008) |