Case 3:07-cv-05494-MMC    Document 26    Filed 06/19/2008    Page 1 of 2

ECF DOCUMENT
I hereby attest and certify this is a printed copy of a
document which was electronically filed with the United States
District Court for the Northern District of California.
Date Filed: 6 20 08

RICHARD W. WIEKING, Clerk

By _____, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OSAMA A. SHALAT,                              No. C-07-5494 MMC

       Plaintiff,                              **ORDER CERTIFYING APPEAL AS NOT
                                                        TAKEN IN GOOD FAITH**

   v.

SUSANVILLE POLICE DEPARTMENT,
SUSANVILLE'S COURT,

       Defendants
_____/

      On April 10, 2008, the Court dismissed the above-titled action and the Clerk of the

Court, the same day, entered judgment thereon. On June 16, 2008, plaintiff filed a notice

of appeal from the judgment.

      Where a party has been permitted to proceed in forma pauperis in the district court

action,[1] that party is not permitted to proceed in forma pauperis on appeal if the district

court certifies the appeal is not taken in good faith. <u>See</u> Fed. R. App. P. 24(a)(3).

      A notice of appeal must be filed within 30 days of the date of entry of judgment. <u>See</u>

Fed. R. App. P. 4(a)(1)(A); <u>see also</u> <u>Browder v. Director, Dep't of Corrections of Illinois</u>, 434

U.S. 257, 264 (1978) (providing requirement that "notice of appeal in a civil case must be

---

     [1]By order filed April 3, 2008, the Court granted plaintiff's application to proceed in
forma pauperis.

United States District Court
For the Northern District of California

1  filed within 30 days of the judgment" is "mandatory"). Plaintiff filed the instant notice of

2  appeal more than 60 days after entry of judgment. Under such circumstances, the notice

3  of appeal is plainly untimely and, consequently, the Court hereby certifies that the appeal is

4  not taken in good faith.

5      The Clerk of the Court is directed to serve a copy of this order on the Ninth Circuit

6  Court of Appeals.

7      **IT IS SO ORDERED.**

8

9  Dated: June 19, 2008

MAXINE M. CHESNEY
United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2