UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**AMENDED NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

June 20, 2008

**CASE INFORMATION:**
Short Case Title:  <u>OSAMAA SHAHAT</u>-v- <u>SUSANVILLE POLICE DEPARTMENT</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>Nothern District; Judge Maxine M. Chesney</u>
Criminal and/or Civil Case No.:  <u>CV 07-05494 MMC </u>
Date Complaint/Indictment/Petition Filed: <u>10/29/07</u>
Date Appealed order/judgment *entered* <u>4/10/08</u>
Date NOA *filed* <u>6/16/08</u>
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):      ☐ granted in full (attach order)      ☐ denied in full (send record)
                             ☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number: <u>None</u>

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                    Date Docket Fee Billed:
Date FP granted: <u>4/3/08</u>              Date FP denied:
Is FP pending? ☐ yes  ☐ no                                Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                        Appellee Counsel:
Osamaa Shahat [Pro Se]
704 S. Oldstage Street #49
Mt. Shasta, CA 96067
☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                              Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                 9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Alfred Amistoso</u>   415 522-2006