RECEIVED

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

June 18, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**08  16464**

**CASE NUMBER: CV 07-05494 MMC**

**CASE TITLE: OSAMAA SHAHAT-v-SUSANVILLE POLICE DEPARTMENT**

USCA Case Number:

Dear Sir/Madam:

Enclosed is the Notice of Appeal in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

Sincerely,

RICHARD W. WIEKING, Clerk

*Alfred Amistoso*

by: Alfred Amistoso
Case Systems Administrator

cc: Counsel of Record

FILED
08 JUN 27 PM 2:07

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL  PERMIT NO. 12615  WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

SAN FRANCISCO CA
25 JUN 2008 PM