FILED

AUG 13 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| OSAMAA SHAHAT, | No. 08-16464 |
| Plaintiff - Appellant, | D.C. No. 3:07-CV-05494-MMC<br>Northern District of California,<br>San Francisco |
| v. | |
| SUSANVILLE POLICE DEPARTMENT; et al., | ORDER |
| Defendants - Appellees. | |

Before: CANBY, LEAVY and KLEINFELD, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the June 16, 2008 notice of appeal was not filed within 30 days from entry of the April 10, 2008 judgment. *See* 28 U.S.C. § 2107(a); *United States v. Sadler*, 480 F.3d 932, 937 (9th Cir. 2007) (requirement of timely notice of appeal is jurisdictional). Consequently, this appeal is dismissed for lack of jurisdiction.

MF/Pro Se