**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 14, 2008

CASE NUMBER:   **CV 07-05494 MMC**
CASE TITLE:    **OSAMAA SHAHAT -v- SUSANVILLE POLICE DEPARTMENT**
DATE MANDATE FILED:   8/14/08

TO COUNSEL OF RECORD:

    The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

*[signature]*

by: Alfred Amistoso
Case Systems Administrator

Distribution:   CIVIL       -   Counsel of Record

                CRIMINAL    -   Counsel of Record
                                   U.S. Marshal (Copy of Mandate)
                                   U.S. Probation Office

NDC App-16