UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 09 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| OSAMAA SHAHAT,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>SUSANVILLE POLICE DEPARTMENT; LASSEN SUPERIOR COURT,<br><br>    Defendants - Appellees. | No.  08-16464<br>D.C. No.  3:07-CV-05494-MMC<br>Northern District of California, San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered 8/13/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Gabriela Van Allen
Deputy Clerk