**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking<br>Clerk | | General Court Number<br>415.522.2000 |

September 10, 2008

CASE NUMBER:   **CV 07-05494 MMC**
CASE TITLE:    **OSAMAA SHAHAT-v- SUSANVILLE POLICE DEPARTMENT**
DATE MANDATE FILED:  9/10/08


TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

*[signature]*

by: Alfred Amistoso
Case Systems Administrator


Distribution:  CIVIL      -   Counsel of Record

              CRIMINAL  -   Counsel of Record
                            U.S. Marshal (Copy of Mandate)
                            U.S. Probation Office


NDC App-16